**YU | MOHANDESI LLP**

**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
858.757.7262 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorney for Defendant
OneMain Financial Group, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN L. CLINE, an individual; and ELIZABETH A. CLINE, an individual,<br><br>Plaintiffs,<br>vs.<br><br>REAL TIME RESOLUTIONS, INC., a stock corporation; ONEMAIN FINANCIAL GROUP, LLC; ZBS Law, LLP; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-03393-TLN-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT ONEMAIN FINANCIAL GROUP, LLC TO RESPOND TO COMPLAINT (L-R 144)**<br><br>Current Response Date:  Nov. 28, 2025<br>New Response Date:      Dec. 29, 2025 |

ORDER

Having considered the Parties' Stipulation to Extend Defendant OneMain Financial Group, LLC's deadline to respond to the Complaint, and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**. Defendant OneMain Financial Group, LLC shall respond to the Complaint no later than December 29, 2025.

DATED: November 25, 2025

_____
Troy L. Nunley
Chief United States District Judge